

## NUMBER 13-16-00348-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**MARILYN MCKEITHAN,** **Appellant,**

**v.**

**BRADFORD CONDIT,** **Appellee.**

---

**On appeal from the 117th District Court
of Nueces County, Texas.**

---

## ORDER

**Before Chief Justice Valdez and Justices Garza and Longoria
Per Curiam Order**

On July 1, 2016, appellant, Marilyn McKeithan, filed a "Motion to Stay" requesting this Court to stay the trial court proceedings pending resolution of her appeal from the trial court's final judgment that her property at 5401 Flynn Parkway, Corpus Christi, Texas 78411 is not exempt from execution and/or levy. The Court received a response to the

motion to stay from appellee, Bradford M. Condit.  Appellee opposes the motion to stay in all respects.

The Court, having examined and fully considered the motion to stay and the response thereto, is of the opinion that the motion to stay should be granted.  The motion is GRANTED insofar as execution of the final judgment and pending sheriff's sale are ordered stayed pending resolution of this appeal or further order of the Court.  *See* TEX. R. APP. P. 43.6.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
1st day of July, 2016.